**E-FILED on 6/5/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH BONELLA, | ) | No. C 11-5738 RMW (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL STAINER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner, a California state prisoner proceeding pro se, filed a petition for writ of habeas corpus on November 30, 2011. On March 6, 2012, the court denied petitioner's application to proceed in forma pauperis and dismissed the petition for failure to state a claim. (Docket No. 7). Petitioner was ordered to pay a $5.00 filing fee within thirty days of date of the order. Petitioner was further ordered to file an amended petition clearly stating the grounds for habeas relief. Petitioner was informed that if he failed to file an amended petition in conformity with the court's order, the action will be dismissed.

Petitioner has failed to file the required filing fee. Petitioner has filed an amended petition, however the petition fails to clearly state the grounds upon which he request habeas relief. Accordingly, this case is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: 6/5/12

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.Rmw\HC.11\Bonella738dism.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH BONELLA,

        Plaintiff,

  v.

PEOPLE FOR THE STATE OF CALIFORNIA et al,

        Defendant.

Case Number: CV11-05738 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Bonella G-56013
California Correctional Institute
Facility D /GYM Bunk-3 Low
PO Box 605
Tehachapi, CA 93581-0608

Dated: June 5, 2012

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk