**E-FILED on   6/5/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH BONELLA, | ) | No. C 11-5738 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL STAINER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

The court has dismissed the instant petition for writ of habeas corpus without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 6/5/12

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\HC.11\Bonella738jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BONELLA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PEOPLE FOR THE STATE OF<br>CALIFORNIA et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV11-05738 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Bonella G-56013
California Correctional Institute
Facility D /GYM Bunk-3 Low
PO Box 605
Tehachapi, CA 93581-0608

Dated: June 5, 2012

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk